| | |
|---|---|
| 1 | AARON D. FORD<br>  Attorney General |
| 2 | DENNIS W. HOUGH, Bar No. 11995<br>  Deputy Attorney General |
| 3 | State of Nevada<br>Public Safety Division |
| 4 | 100 N. Carson Street<br>Carson City, NV 89701-4717 |
| 5 | Tel: (775) 684-1254<br>E-mail: dhough@ag.nv.gov |
| 6 | |
| 7 | *Attorneys for Defendants*<br>*Jennifer Dutton* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARRIS, JOHN A., JR., | Case No. 3:18-cv-00397-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| DUTTON, JENNIFER, *et al.*, | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, Thomas Sjoberg, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

///

///

///

///

///

///

///

///

///

///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the Settlement Agreement and Full and Final Release, each party shall bear its own attorneys' fees and costs.

DATED this __8__ day of August, 2019.

DATED this __9th DvH__ day of August, 2019.

AARON D. FORD
Attorney General

By: ____John A Harris Jr____
John A Harris Jr., Plaintiff #1061613
*Pro Se*

By: _____
Dennis Hough Bar No. 11995
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

DATED: August 12, 2019

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of August, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, by U.S. District Court CM/CFE Electronic Filing to:

John A. Harris Jr. #1061613
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*/s/ Paula M. Hernandez*
An employee of the
Office of the Attorney General